**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 05, 2015

Hon. Patrick L. Beam
Attorney at Law
924 Leopard St.
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Eric S. Stewart
Attorney at Law
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX 78401-0781
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00702-CV
Tr.Ct.No. 2013-CCV-62265-2
Style:   David C. McCoy and Judy L. McCoy v. Michael Morgan and Michael Morgan
        State Farm Insurance

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   County Court at Law No. 2 (DELIVERED VIA E-MAIL)
     Hon. Anne Lorentzen, Nueces County District Clerk (DELIVERED VIA E-MAIL)
     Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
     (DELIVERED VIA E-MAIL)